# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY BANDA,<br>　　　Petitioner, | § § § § | |
| v. | § | CIVIL ACTION H-05-2021 |
| JANIE COCKRELL,<br>　　　Respondent. | § § § § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED at Houston, Texas, on this 21st day of June, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge